IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03030-BNB

THERON MAXTON,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Theron Maxton, initiated this action by filing *pro se* a letter to the Court complaining about sexual harassment at the prison in which he is incarcerated. On December 2, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Maxton to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Maxton to file a Prisoner Complaint and either to pay the filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Maxton was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Maxton has failed to cure the deficiencies within the time allowed, and he has failed to respond in any way to Magistrate Judge Boland's December 2 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

    Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Maxton failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   10th   day of    January       , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court